UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Petitioner,<br><br>v.<br><br>REAL PROPERTY LOCATED AND,<br>SITUATED AT 24602 GLASS CANYON,<br>SAN ANTONIO, BEXAR COUNTY,<br>TEXAS,<br>     Respondent. | §<br>§<br>§<br>§  CIVIL ACTION NO. A-21-CV-693-<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## UNITED STATES OF AMERICA'S MOTION TO STAY CIVIL PROCEEDINGS

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and moves this Court to enter an Order staying the instant civil forfeiture proceedings.

The United States requests the Court stay the instant civil forfeiture proceedings, pursuant to Title 18 U.S.C. § 981(g)(1), until the conclusion of the related criminal investigation and forthcoming criminal prosecution. Section 981(g)(1) provides the following:

> Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

The United States advises the Court that the facts detailed in the Verified Complaint for Forfeiture are the same facts and circumstances which gave rise to the related criminal investigation and eventual criminal prosecution.

Accordingly, the United States respectfully requests that this Court grant this Motion and stay the instant civil forfeiture proceedings.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____
ROBERT ALMONTE II
Assistant United States Attorney
Asset Forfeiture Section
Texas State Bar #24049479
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
robert.almonte2@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| Petitioner, § | |
| § | |
| v. § | **CIVIL ACTION NO. A-21-CV-693-** |
| § | |
| **REAL PROPERTY LOCATED AND,** § | |
| **SITUATED AT 24602 GLASS CANYON,** § | |
| **SAN ANTONIO, BEXAR COUNTY,** § | |
| **TEXAS,** § | |
| Respondent. § | |

## ORDER TO STAY CASE

The Court has considered the United States of America's Motion to Stay Civil Proceedings pursuant to Title 18 U.S.C. § 981(g)(1). This court being fully and wholly apprised in all its premises, finds that said Motion is meritorious and should be, and hereby is, in all things GRANTED. IT IS THEREFORE

ORDERED that all proceedings applicable to all parties in the instant civil forfeiture case are STAYED pending the conclusion of the related criminal investigation and prosecution.

IT IS SO ORDERED.

SIGNED this the ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE